No. 4180.—WILSON & Co., apda., *v.* SUC. DE A. SANDÍN, aplte.—C. D. San Juan. Cobro de dinero. Junio 20, 1927. Desestimada la apelación por abandono no habiendo comparecido las partes a la audiencia que fué señalada para discutir si procede o no la desestimación del recurso.

No. 4053.—GUZMÁN, apda., *v.* ROMANACCE, aplte.—C. D. San Juan. Daños y perjuicios. Junio 20, 1927. Desestimada la apelación por abandono no habiendo comparecido las partes a la audiencia que fué señalada para discutir si procede o no la desestimación del recurso.

No. 4149.—MERINO, apdo., *v.* GLOBE RUTGERS FIRE INS. Co., aplte.—C. D. San Juan. Cobro de póliza de seguro. Junio 20, 1927. Desestimada la apelación por abandono por aparecer que el demandante ha obtenido una sentencia en una Corte de Nueva York condenando a la demandada a pagar el montante de la sentencia dictada por los tribunales de Puerto Rico con inclusión de las costas que se discuten en este recurso.

No. 4044.—MANRIQUE, apdo., *v.* GARÓFALO, aplte.—C. D. Humacao. Cobro de dinero. (Apertura de rebeldía.) Junio 20, 1927. Desestimada la apelación por abandono no habiendo comparecido las partes a la audiencia que fué señalada para discutir si procede o no la desestimación del recurso.

No. 4301.—Moscoso HNO. & Co., S. en C., apda. *v.* FLORIDO ET AL., apltes.—C. D. Humacao. Cobro de dinero. Junio 21, 1927. Desestimado el recurso a instancia del apelado a causa de haberse presentado el escrito de apelación fuera de tiempo.